IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02518-RPM-MEH

BRET STOUDER,

    Plaintiff/Petitioner

v.

M & A TECHNOLOGY, INC.,
MAGDY ELWANY,

    Defendants/Petitioners,

v.

ASPEN SYSTEMS, INC.,

    Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2010.**

    Plaintiff's Motion to Compel Third-Party Production [filed December 2, 2010; docket #7] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). Plaintiff certifies that his only attempt to confer has been through a single letter dated November 17, 2010.[1] Moreover, there is no certification or indication that the motion itself was served on Aspen Systems.

---

[1] Conferral is particularly important in this matter considering the Court's subsequent November 19, 2010 order granting Defendants' motion to compel.